McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $31,700.00 IN U.S. CURRENCY, and,<br><br>APPROXIMATELY $24,333.66 IN U.S. CURRENCY SEIZED FROM GOLDEN 1 CREDIT UNION CHECKING AND SAVINGS ACCOUNT #5513580710, HELD IN THE NAME OF DAVID LEE CROSSLEY,<br><br>Defendants. | 1:06-CV-00154-OWW-SMS<br><br>**FINAL JUDGMENT OF FORFEITURE** |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against approximately $31,700.00 in U.S. Currency seized from a residence located at 6205 N. Ellendale in Fresno, California and approximately $24,333.66 in U.S. Currency seized from Golden 1 Credit Union Checking and Savings Account #5513580710, held in the name of David Lee Crossley (hereafter "defendant funds").

2. A Verified Complaint for Forfeiture *In Rem* was filed on February 10, 2006, seeking the forfeiture of the defendant funds, alleging said funds are subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant currency constitutes moneys

or other things of value furnished or intended to be furnished in exchange for a controlled substance, all proceeds traceable to such an exchange and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq.*

3. On February 14, 2006, in accordance with said Complaint, a Warrant for Arrest for the defendant funds was issued and duly executed on February 21, 2006.

4. On or about March 1, 2006, a Public Notice of Arrest and Seizure of the defendant funds appeared by publication in <u>Fresno Business Journal</u>, a newspaper of general circulation in the county in which the defendant funds were seized (Fresno County). The Proof of Publication was filed with the Court on March 13, 2006.

5. In addition to the Public Notice of Arrest having been completed, actual notice was personally served upon David Lee Crossley and Dolores Rios. Notice for Dennis Crossley was served on David Lee Crossley, the son of Dennis Crossley, a person of suitable age and discretions, residing in Dennis Crossley's usual place of abode. On April 21, 2006, Dennis Crossley, David Lee Crossley, and Dolores Rios filed their respective Verified Statements of Interest and Answers to Complaint for Forfeiture In Rem.

6. Apart from Claimants David Lee Crossley, Dennis Crossley, and Dolores Rios, no other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the Court being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. The judgment is hereby entered against claimants David Lee Crossley, Dennis Crossley, and Dolores Rios, and all other potential claimants.

3. Upon entry of this Final Judgment of Forfeiture, the defendant approximately $31,700.00 in U.S. Currency, together with any interest that may have accrued on that amount, seized on or about August 30, 2005, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.      Upon entry of this Final Judgment of Forfeiture, $20,833.66 of the defendant approximately $24,333.66 in U.S. Currency seized from Golden 1 Credit Union Checking and Savings Accounts #5513580710, held in the name of David Lee Crossley, together with any interest that may have accrued on that amount, seized on or about September 7, 2005, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

5.      No later than 45 days after entry of Final Judgment of Forfeiture, $2,350.00 of the approximately $24,333.66 in U.S. Currency seized from Golden 1 Credit Union Checking and Savings Accounts #5513580710, held in the name of David Lee Crossley, together with any interest that may have accrued on that amount, shall be returned to Claimant Dennis Crossley through his attorney Glenn R. Wilson at 2141 Tuolumne Street, Suite B; Fresno, CA 93721.

6.      No later than 45 days after entry of Final Judgment of Forfeiture, $1,150.00 of the approximately $24,333.66 in U.S. Currency seized from Golden 1 Credit Union Checking and Savings Accounts #5513580710, held in the name of David Lee Crossley, together with any interest that may have accrued on that amount, shall be returned to Claimant Dolores Rios through her attorney Glenn R. Wilson at 2141 Tuolumne Street, Suite B; Fresno, CA 93721.

7.      Plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the approximately $31,700.00 in U.S. Currency seized on or about August 30, 2005 and the approximately $24,333.66 in U.S. Currency seized from Golden 1 Credit Union Checking and Savings Account #5513580710, held in the name of David Lee Crossley seized on or about September 7, 2005. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed. The parties waive the provisions of California Civil Code § 1542.

8.      Claimants David Lee Crossley, Dennis Crossley, and Dolores Rios stipulate that there was reasonable cause for the seizure and arrest of the defendant funds, and that the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

///

9.     All parties shall bear their own costs and attorneys' fees.

SO ORDERED THIS 15th day of October, 2007.

_____
OLIVER W. WANGER
United States District Judge

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed February 10, 2006, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant vehicle.

Dated: 10-15-07

_____
OLIVER W. WANGER
United States District Judge